IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  Jamese Ayesia Young
       Narleski Arthur Young                                     CHAPTER 7
       DEBTOR                                               CASE NO.  07-10991

**MOTION TO COMPEL DEBTOR TO CEASE
BUSINESS OPERATIONS AND PROVIDE TRUSTEE
WITH REQUESTED INFORMATION**

      COMES NOW Jeffrey A. Levingston, duly appointed, qualified and acting Chapter 7 Trustee for the above case, and files this motion for an order compelling the above debtor to cease business operations and to provide the information requested by him, and in support thereof states as follows:

      1. Debtor herein filed for protection under Chapter 7 of the Bankruptcy Code on March 26, 2007.  The first meeting of creditors was held on May 4, 2007, at which time the Trustee became aware that Narleski Arthur Young wholly owned a business known as Kustom Care Automotive, which is operated as a sole proprietorship and with which the debtor, Jamese Ayesia Young, is employed as a secretary/bookkeeper.  Details of the business and/or business assets were undisclosed in the bankruptcy petition and schedules, even though the debtors seek discharge from debts that are apparently directly related to the business and list monthly expenses on Schedule I for payment of business related debts with no reaffirmation agreements on file with the Court.  The Trustee instructed the debtors and their attorney to close the business and to amend their schedules to disclose all business details, but debtors have failed to comply.

1

2. The debtors were also instructed at the first meeting of creditors to immediately provide the Trustee with copies of their pay advices. Although a certificate of service has been filed with the Court evidencing compliance with the pay advice request, no pay advices have been received by the Trustee.

3. The Trustee states that the debtors continue to do business despite being in Chapter 7 and moves that this Court enter its order directing said debtors to cease all business operations and to immediately comply with the Trustee's requests, including but not limited to, providing evidence that the business has been closed, amending their schedules to disclose all details of the business, providing copies of their pay advices, providing an accounting of inventory, cash, accounts receivable and disbursements since the date of filing the Chapter 7 petition, providing the legal description of any property owned, leased and/or otherwise used for business purposes and advising whether or not they or anyone else desire to purchase the business from the bankruptcy estate and for how much.

4. The Trustee states that despite numerous requests, the debtors and their attorney have failed to comply and that discharge should be withheld pending compliance.

WHEREFORE, said Trustee moves that the Court enter its order withholding discharge pending compliance with his requests and directing the debtors, Jamese Ayesia Young and Narleski Arthur Young, to cease all business operations and to immediately comply with the Trustee's requests, including but not limited to, providing evidence that the business has been closed, amending their schedules to disclose all details of the

business, providing copies of their pay advices, providing an accounting of inventory, cash, accounts receivable and disbursements since the date of filing the Chapter 7 petition, providing the legal description of any property owned, leased and/or otherwise used for business purposes and advising whether or not they or anyone else desire to purchase the business from the bankruptcy estate and for how much.  Trustee further moves that upon entry of said order, appropriate notice should be issued by the Court and immediately served on said debtors.

   Trustee prays for general relief.

               Respectfully submitted,

               By:   //s//  Jeffrey A. Levingston
                  Jeffrey A. Levingston, Trustee

**CERTIFICATE OF SERVICE**

      I, the undersigned, Jeffrey A. Levingston, do hereby certify that I have served the above and foregoing Motion to Compel Debtor to Cease Business Operations and Provide Trustee with Requested Information by mailing a true and correct copy thereof by United States mail, postage prepaid, to the following:

Jamese Ayesia Young
Narleski Arthur Young
PO Box 551
Indianola, MS  38751

Robert E. Buck, Esquire
Attorney for Debtor
PO Box 604
Greenville, MS  38702-0604

Ronald H. McAlpin, Esquire
Assistant US Trustee
100 West Capitol Street, Suite 706
Jackson, MS  39269

      This the   3rd   day of   July   , 2007.

                                               //s//  Jeffrey A. Levingston
                                               Jeffrey A. Levingston